IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:23-CR-1-CAR-CHW |
| ESTEBAN PALACIOS CHAMU, | : |
| Defendant | : |

## ORDER TO UNSEAL INDICTMENT

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 3:23-CR-1, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:23-CR-1, be unsealed.

SO ORDERED, this 13 day of January, 2023.

CHARLES WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

*/s/ Tamara A. Jarrett*
TAMARA A. JARRETT
Assistant United States Attorney