IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:23-CR-1-CAR-CHW |
| ESTEBAN PALACIOS CHAMU, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is the Defendant Esteban Palacios Chamu's Unopposed Motion to Continue [Doc. 22] the pretrial conference scheduled for March 8, 2023, and the trial, which is set to begin on April 3, 2023, in Athens, Georgia. On January 10, 2023, the Grand Jury returned a one-count indictment charging Defendant with Possession with Intent to Distribute Methamphetamine. On January 26, 2023, Defendant was arrested, appointed counsel, pled not guilty at her arraignment, and ordered detained pending trial. This is Defendant's first request for a continuance, and the Government does not oppose it.

In the Motion, Defense Counsel represents that she received discovery on February 21, 2023, and needs additional time to review the discovery and pursue possible defenses or plea negotiations, if applicable. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy

trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue Trial [Doc. 22] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the June 12, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 24th day of February, 2023.

                                          s/ C. Ashley Royal_____
                                          C. ASHLEY ROYAL, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT